IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOISES CANTU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. H-12-0302 |
| JOHN F. NICHOLS, Adjutant | § | |
| General Texas Military Forces, | § | |
| and JOHN McHUGH, Secretary of | § | |
| the Army, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the court's Memorandum Opinion and Order of today granting Defendants John F. Nichols and John McHugh's Motion to Dismiss, this action is **DISMISSED** for lack of subject matter jurisdiction.

Costs are taxed against the plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 16th day of October, 2012.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE